**SEALED**                                   **SEALED**

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   21-MJ-6562-STRAUSS |
| MICHAEL E. SIMPSON JR., | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _August through December 2019_ in the county of _Broward_ in the _Southern_ District of _Florida_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement, Persuasion, Inducement, and Coercion of a Minor to Engage in Criminal Sexual Activity |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_Michelle Maglione_
*Complainant's signature*

Michelle Maglione, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence in accordance to the requirements of Fed. R. Crim. P. 4.1 by _FaceTime_.

Date:  October 11, 2021

_Jared Strauss_
*Judge's signature*

City and state:          Fort Lauderdale, Florida

Jared M. Strauss, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your affiant, Michelle Maglione, being duly sworn, deposes and states as follows:

### INTRODUCTION

1.      I am employed as a Special Agent with Homeland Security Investigations ("HSI"), the investigative arm of the Department of Homeland Security and have been since 2004.[1] In my current position as an HSI Special Agent, I am assigned to the Internet Crimes Against Children ("ICAC") Task Force and am responsible for conducting child exploitation investigations. Specifically, I investigate crimes relating to the sexual exploitation of children, including but not limited to the enticement and attempted enticement of a minor to engage in sexual criminal activity, as well as the production, transportation, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2422(b), 2251, 2252, and 2252A. As an HSI Special Agent, I have received training in how to conduct child exploitation investigations, and I have both conducted and assisted in such investigations. As a part of my duties, I have observed and reviewed numerous examples of child pornography, as defined in Title 18, United States Code, Section 2256, in all forms of media, including computer media. I am familiar with the tactics used by individuals who collect and distribute child pornographic material. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography.  In addition, I have participated in investigations involving the importation and distribution of materials relating to the sexual exploitation of children. I have also conducted several child pornography and child exploitation investigations, which have involved reviewing all forms of electronic media, including computer media, and have discussed and reviewed these materials with other law enforcement officers.

---

[1] Prior to serving as a Special Agent with HSI, I worked with United States Customs Service for approximately ten years and held positions including International Trade Specialist, Import Specialist and Customs Inspector.

2.     I make this Affidavit in support of a criminal complaint charging **MICHAEL E. SIMPSON JR.** with persuading, inducing, enticing, and coercing a minor to engage in illegal sexual activity, in violation of Title 18, United States Code, Section 2422(b).

3.     I submit this Affidavit based on my personal knowledge, as well as information provided to me by other individuals, including other law enforcement officials, and my review of records and other evidence obtained during the course of this investigation.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

4.     In and around August 2021, law enforcement received a cyber tip from the National Center for Missing and Exploited Children (NCMEC) that a ten-year-old female ("Victim") whose date of birth is August XX, 2011 advised family members that Michael E. Simpson Jr., who is the paramour of the Victim's mother, sexually molested her on multiple occasions.

### Interview with Victim

5.     On August 19, 2021, the Victim participated in a forensic interview. During the interview, the Victim advised that, when she was approximately seven (7) years old, the Victim and her younger sister were passengers in Simpson's vehicle, a four-door Acura sedan, while the Victim's mother was at work. Records from Florida's Driver and Vehicle Information Database ("DAVID") confirmed that Simpson is the registered owner of a four-door Acura, bearing license plate LTYA26. The Victim stated that, while inside Simpson's Acura, Simpson showed a video to the Victim which depicted "other kids touching their step-dad's thing" referring to the penis of the "step-dad" in the obscene video. The Victim stated that Simpson then drove the Victim to a Target parking lot near the Victim's home. Once there, Simpson asked the Victim whether she wanted

"to be my big girl?" before asking her if she "want[ed] to play with my thing?" Simpson then took the Victim's hand and physically guided the Victim's hand to touch his penis. Simpson also touched the Victim's vagina with his hand. The Victim further advised that Simpson then removed the Victim's underwear and put his penis in her vagina as she lay across the back seat of the vehicle. The Victim advised of pain in the vaginal area following the incident. According to the Victim, at some point Simpson directed the Victim to manually manipulate his penis "until white stuff came out," which the Victim confirmed that she did. Simpson told the Victim not to tell anyone.

Interview with Simpson

6.     On September 9, 2021, after Simpson waived his rights under <u>Miranda</u>, law enforcement conducted a post-<u>Miranda</u> interview of Simpson. During the interview, Simpson admitted to occasionally driving the Victim and her younger sister from place to place in his brown Acura since beginning a relationship with their mother. Simpson stated that, on one occasion in the fall of 2019, he had driven the Victim along with her mother and sister to a shopping plaza in the Victim's neighborhood so the mother could go shopping. The mother left the Victim and her sister alone in the vehicle with Simpson while she shopped. After the younger sister fell asleep, Simpson began watching pornography on his cellphone. Simpson held the cellphone in a position in which the Victim could clearly see the pornography. Simpson then removed his penis from his pants, began masturbating, and stroked his erect penis in such a manner as to make sure that the Victim could clearly see his penis and the masturbation. Simpson admitted that he asked the Victim, "Do you wanna watch?" and "if you want to help you can" but claimed that the Victim responded, "no thank you." Simpson advised that he continued to masturbate in view of the Victim until he ejaculated in his hand. Simpson stated that after ejaculating, he then asked the Victim, "Do you want to try the white stuff?" Simpson stated that the Victim indicated that she was not

3

interested. Simpson claimed that he "apologized to her" and "told her I loved her." Simpson admitted to telling the Victim not to tell anyone about what happened because "I will go away for a long time." Simpson stated that he began watching pornography in high school. Simpson stated, "I got older but they stayed the same age and I never grew out of that interest." He stated that the Victim looked older and that is how he got into this current situation.

7.      Simpson admitted to possessing, distributing, and trading child pornography on his cellular phone. At the time, Simpson was in possession of an Apple iPhone, bearing serial number G0NDR7YD0D43. Simpson confirmed that the cellular Apple iPhone belonged to him, provided his cellular phone number "954-652-9935," and gave consent to search the phone. Simpson acknowledged that receiving child pornography images on the messaging applications Kik and Tumblr. Simpson stated that he would use online search engines such as Google to obtain imagines of young girls. Simpson explained to law enforcement that it was "basic and easy to find." Simpson stated that it was "easier than getting weed." He would use search terms in Google as "C" and "P" and it would bring up group chats in KIK containing images of child pornography. The letter "C" and "P" seem to establish a secret chain of connections with child pornography. Simpson clarified how you must leave a space in between the letters because you would be blocked by the search engine for searching for child pornography. He used another term "16 Y 0" to search for child pornography. This term is meant for searching for images of a 16 years and under. Simpson also used the word "cheese Pizza" which is code used for child pornography. Simpson revealed that he would receive a link on Kik messenger containing child pornography images. Simpson stated the links would contain approximately twenty-five (25) images of child pornography and he would save these images in his Dropbox or Mega folders. Simpson would receive images of children as young as infants and toddlers. Law enforcement questioned Simpson on why he would save these

pictures of child pornography. Simpson stated, "The links provide 24 hours access to the folders."

After receiving and saving these images, Simpson stated he would "repost" these images to other

group chats on Kik messenger. Simpson stated that he purchased the Apple iPhone about a year

ago because he was "trying to start clean" and that there was no child pornography on it. Simpson

acknowledged knowing what he did is "wrong and illegal" adding, "Even though I did what I did,

I think it's disgusting."

## CONCLUSION

8.      I respectfully submit that probable cause exists that **MICHAEL E. SIMPSON JR.**

committed violations of Title 18, United States Code, Section 2422(b).


MICHELLE, MAGLIONE, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P.
4.1 by ___FaceTime_____ on this _11th__ day of _October_2021.

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

5