**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 21-CR-60332-SMITH

**UNITED STATES OF AMERICA**

      Plaintiff,

vs.

**MICHAEL SIMPSON JR.**

      Defendant,

_____/

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

The defendant, **MICHAEL SIMPSON JR.**, by and through his undersigned counsel, hereby

files his Objections to the Presentence Investigation Report (PSR) and in support thereof states:

1. **Objection to Paragraph 14:**

This paragraph alleges oral sex between the defendant and the minor victim.  This is not a

charged crime, is not contained in the factual proffer nor is there any evidence presented to

support this allegation.

2. **Objection to Paragraph 15:**

This paragraph alleges that Mr. Simpson forcibly made the minor victim physically touch his

genitals.  This is not a charged crime, is not contained in the factual proffer nor is there any

evidence presented to support this allegation.

3. **Objection to Paragraph 16:**

This paragraph alleges that the minor victim is lying as it relates to allegations made by her

against Mr. Simpson.  This is not relevant to a charged crime, is not contained in the factual

proffer nor is there any evidence presented to support this allegation.

**4. Objection to Paragraph 17:**

This paragraph alleges that the minor victim's mother did not believe the allegation and dismissed its truthfulness.  This is not relevant to a charged crime, is not contained in the factual proffer nor is there any evidence presented to support this allegation.

**5. Objection to Paragraph 18:**

This paragraph alleges actual physical touching between the minor victim and the defendant including sexual penetration.  This is not a charged crime, is not contained in the factual proffer nor is there any evidence presented to support this allegation.

**6. Objection to Paragraphs 23-27:**

These paragraphs allege statements made by Mr. Simpson regarding child pornography. These statements and information contained within are not relevant to a charged crime, is not contained in the factual proffer nor is there any evidence presented to support this allegation.

**7. Objection to Paragraph 31:**

This paragraph detailed the alleged child pornography found in possession of Mr. Simpson. Th information is not relevant to the crime for which Mr. Simpson has plead to, is not contained in the factual proffer nor is there any evidence presented to support this allegation.

**8. Objection to Paragraph 93:**

The plea agreement does not indicate that the parties will jointly recommend a sentence of 20 years but rather that the government alone will recommend a term of 20 years.  The defense is free to request any sentence available including a downward variance.

**9. Clarification to Paragraph 64:**

Michael Simpson is a white male and not a black male as indicated in paragraph 64.

**10. Clarification to Paragraph 67:**

Michael Simpson saw Dr. Vassal at an office located in Sunrise, Florida.

**11. Clarification to Paragraph 80:**

Michael Simpson worked for Patriot Flooring Supply in Pompano Beach, Florida and not

Stuart, Florida.

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022 the undersigned electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record by CM/ECF.

Respectfully submitted,
/s/  David J. Sobel
David J. Sobel, Esq.
Florida Bar No. 57336
David J. Sobel, P.A.
12 Southeast 7th Street, Suite 700
Fort Lauderdale, Florida 33131
Telephone:  (954) 463-0773
Facsimile:   (954) 839-9005
Email: sobeldefense@yahoo.com