# Apology Letter

I would like to begin by apologizing from the bottom of my heart to Alissa and her family for all of the hurt and harm that has been caused by my actions. I would like Alissa to know that this is entirely my fault and that it should have never happened. I made a mistake that day and crossed boundaries that should have never been crossed. As soon as this happened I was full of extreme remorse and regret for the harm that I did. I am aware that my actions at the time were hurtful, harmful and immoral, for that I am truly sorry. Furthermore, understanding that my apology can not undo the past, I truly hope that Alissa has the strength to move on from this and be the happy child I know she can be. I pray everyday that she finds peace and happiness in her life. I will forever regret breaking the trust Alissa had in me. I tried my very best to be the father figure she was missing in her life at the time and I failed. I let down a lot of people including Alissa, her family, my family, and the people who care about me. With the knowledge that this incident affects not only Alissa and I but also the people around us, I would like to extend my apologies to them as well. My actions that day were inexcusable and I am truly sorry more than words can ever convey. I am full of more regrets stemming from this incident than I can ever list here and they will haunt me for the rest of my life. I take full responsibility for my actions that day and hope that somewhere along the way everyone can find it in their hearts to forgive me of my iniquity. I am going to work hard everyday at improving myself and being the best person I can be. I know words will never be able to undo the harm but I truly wish Alissa the happiest and healthiest life and that she can move past this.